CHARLES R. KIRBY et al., Appellants, v SUBURBAN ELECTRICAL ENGINEERS CONTRACTORS, INC., Respondent, et al., Defendants.

Submitted May 16, 2011; decided June 28, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NYDIA SANTIAGO, Appellant.

Submitted June 6, 2011; decided June 28, 2011

Motion to strike portions of defendant's brief denied.

In the Matter of MARVIN POLLACK, Appellant; STATE OF NEW YORK et al., Respondents.

Submitted May 9, 2011; decided June 28, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.